**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 02-6503**

————————

REGINALD KEITH GARRISON,

Plaintiff - Appellant,

versus

JOHN H. THOMAS, Deputy Director; KULON WILLIS,
Contract Monitor; RONALD ANGELONE, Director,
Virginia Department of Corrections; EDWARD C.
MORRIS, Deputy Director, Virginia Department
of Corrections; EDDIE LEE PEARSON, Warden,
Sussex II State Prison; DAVID B. EVERTT,
Assistant Warden of Operations and Support,
Sussex II State Prison; E. T. TURNER, Unit
Manager, Sussex II State Prison; LIEUTENANT
CLINTSCALE, Sussex II State Prison,

Defendants - Appellees,

and

DISTRICT OF COLUMBIA DEPARTMENT OF
CORRECTIONS; ELWOOD YORK, Director of External
Confinement; ODIE WASHINGTON, Director, D.C.
Department of Corrections,

Defendants.

————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Robert E. Payne, District Judge.
(CA-01-816)

————————

Submitted:  May 16, 2002            Decided:  May 28, 2002

————————

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Reginald Keith Garrison, Appellant Pro Se.  Christopher Garrett Hill, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Reginald Keith Garrison appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint.  We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Garrison v. Thomas, No. CA-01-816 (E.D. Va. filed Mar. 11, 2002; entered Mar. 12, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED